■ NATIONAL CASUALTY COMPANY et al., Respondents, v UNITED STATES FIDELITY & GUARANTY COMPANY, Appellant, and WARREN SCHROEDER, as Administrator, Respondent. [632 NYS2d 472] —Appeal by the United States Fidelity & Guaranty Company from an order of the Supreme Court, Orange County (Barone, J.), dated June 15, 1994.

Ordered that the order is affirmed, with costs to the plaintiffs-respondents payable by the appellant *(see, Zappone v Home Ins. Co.,* 55 NY2d 131; *Matter of Blee v State Farm Mut. Auto Ins. Co.,* 168 AD2d 615). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.